**Marquis Aurbach Coffing**
CRAIG R. ANDERSON, ESQ.
Nevada Bar No. 6882
JOSHUA L. BENSON, ESQ.
Nevada Bar No. 10514
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@mac.com
jbenson@mac.com
   Attorneys for Defendant
   Las Vegas Metropolitan Police Department



# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PETER MASTRION and SHELLEY MASTRION,<br><br>               Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; DOE POLICE OFFICERS I-V, individually and in their capacity as Officers of Las Vegas Metropolitan Police Department; BLUE MARTINI LAS VEGAS, LLC, a Nevada Limited Liability Company, d/b/a/ BLUE MARTINI; TURNBERRY/CENTRA SUB, LLC, a Foreign Limited Liability Company, d/b/a/ TOWN SQUARE LAS VEGAS; ROE SECURITY OFFICERS I-V, individually; and POE BUSINESS ENTITIES, I-V, inclusive<br><br>               Defendants. | Case No:    2:10-cv-00662-HDM-RJJ |

### STIPULATION AND ORDER TO DISMISS DEFENDANT LAS VEGAS METROPOLITAN POLICE DEPARTMENT AND DOE POLICE OFFICERS WITH PREJUDICE

Defendants Las Vegas Metropolitan Police Department and Doe Police Officers, by and through their counsel of record, the law firm of Marquis Aurbach Coffing, and Plaintiffs Peter and Shelley Mastrion (collectively "Plaintiffs"), by and through their counsel of record, the law firm of Hand Page & Sullivan, hereby stipulate to the Plaintiffs' dismissal of Las Vegas Metropolitan Police Department and Doe Police Officers with prejudice.

M&A:05166-453 1272492_1.DOC 2/24/2011 2:26 PM

Each party shall bear their own costs and attorney fees.

IT IS SO STIPULATED this 24 day of February, 2011.

| MARQUIS AURBACH COFFING | HAND PAGE & SULLIVAN |
|---|---|
| By: _____ <br> Craig R. Anderson, Esq. <br> Nevada Bar No. 6882 <br> Joshua L. Benson, Esq. <br> Nevada Bar No. 10514 <br> 10001 Park Run Drive <br> Las Vegas, Nevada 89145 <br> *Attorney for Defendant LVMPD* | By: _____ <br> Robert Sullivan, Esq. <br> Nevada Bar No. 9205 <br> 2810 West Charleston Blvd., Suite #77 <br> Las Vegas, Nevada 89102 <br> *Attorney for Plaintiffs* |

## ORDER

IT IS SO ORDERED this 24th day of February, 2011, Plaintiffs Peter and Shelley Mastrion's claims against Defendants Las Vegas Metropolitan Police Department and Doe Police Officers be dismissed with prejudice.

DATED this 24th day of February, 2011.

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted By:

MARQUIS AURBACH COFFING

By: _____
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Joshua L. Benson, Esq.
Nevada Bar No. 10514
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorneys for Defendant LVMPD*

M&A:05166-453 1272492_1.DOC 2/24/2011 2:26 PM