UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| PETER MASTROIN and SHELLEY MASTRION, | ) ) ) |
| Plaintiff, | ) 2:10-cv-662-HDM-RJJ |
| vs. | ) ) |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT; *et al.*, | ) O R D E R ) ) |
| Defendant, | ) ) |

This matter was submitted to the undersigned Magistrate Judge on an Ex Parte Application to Toll Amended Discovery Plan and Scheduling Order, Which Was Filed October 20, 2010 (Docket #26) and Approved November 12, 2010 (Docket #29) (#44).

The Court having reviewed the Ex Parte Application (#44) and good cause appearing therefore,

IT IS HEREBY ORDERED that the Ex Parte Application to Toll Amended Discovery Plan and Scheduling Order, Which Was Filed October 20, 2010 (Docket #26) and Approved November 12, 2010 (Docket #29) (#44) is **DENIED**.

DATED this   10th   day of March, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge